---

ANDRE NATHANIEL JACKSON,

Plaintiff,

v.                                                    Case No. 26-cv-0639-bhl

OFFICER PESCOLINI et al.,

Defendants.

---

## DECISION AND ORDER

---

Plaintiff Andre Nathaniel Jackson is representing himself in this 42 U.S.C. §1983 case.  On June 5, 2026, the Court dismissed this case after concluding the amended complaint failed to state a claim on which relief could be granted.  Dkt. No. 10.  On June 22, 2026, Jackson filed a motion for reconsideration.  He explains why he believes he states a claim and asks if the Court can exercise supplemental jurisdiction over a state law claim of negligence.

Under Fed. R. Civ. P. 59(e), a party may move to alter or amend a judgment within 28 days of the entry of judgment.  A Rule 59(e) motion may be granted only if a party can "clearly establish" either newly discovered evidence or a manifest error of law or fact warranting relief. *Harrington v. City of Chicago*, 433 F.3d 542, 546 (7th Cir. 2006) (citations omitted).  A manifest error of law "is not demonstrated by the disappointment of the losing party.  It is the 'wholesale disregard, misapplication, or failure to recognize controlling precedent.'" *Oto v. Metropolitan Life Ins. Co.*, 224 F.2d 601, 606 (7th Cir. 2000) (quoting *Sedrak v. Callahan*, 987 F. Supp. 1063, 1069 (N.D. Ill. 1997)).

Jackson does not identify newly discovered evidence or a manifest error of law.  He simply disagrees with the Court's analysis regarding why he fails to state a federal claim.  Jackson is advised that, because he fails to state a federal claim, the Court cannot exercise supplemental jurisdiction over a state law claim.  *See* 28 U.S.C. §1367.  Jackson may pursue a state law claim in state court, if he so chooses.  In short, Jackson's disagreement with the Court's analysis

regarding his failure to state a federal claim is not a sufficient basis for the Court to grant the relief he seeks.

**IT IS THEREFORE ORDERED** that Jackson's motion for reconsideration (Dkt. No. 12) is **DENIED**.

Dated at Milwaukee, Wisconsin this 7th day of July, 2026.

s/ *Brett H. Ludwig*
BRETT H. LUDWIG
United States District Judge

2